**No. 23-90013-B**

United States Court of Appeals
for the Eleventh Circuit

**GAWAIN BAXTER, LAURA BAXTER, AND VALESKA PARIS,**

*Plaintiffs-Petitioners,*

v.

**DAVID MISCAVIGE; CHURCH OF SCIENTOLOGY INTERNATIONAL, INC.; IAS ADMINISTRATIONS, INC.; RELIGIOUS TECHNOLOGY CENTER, INC.; CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC.,** and **CHURCH OF SCIENTOLOGY FLAG SHIP SERVICE ORGANIZATION, INC.**,

*Defendants-Respondents.*

———————————————————

Petition for Review from the U.S. District Court for the Middle District of Florida, Tampa Division
Case No. 8:22-cv-986-TPB-JSS (Hon. Tom Barber)

———————————————————

**RESPONDENT RELIGIOUS TECHNOLOGY CENTER, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Christopher G. Oprison
*Application pending*
Janelly Crespo
**DLA Piper LLP (US)**
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
(305) 423-8500
chris.oprison@dlapiper.com
janelly.crespo@dlapiper.com

*Counsel for Defendant-Respondent Religious Technology Center, Inc.*

No. 23-90013-B
Baxter, et al. v. Miscavige, et al.

# RESPONDENT RELIGIOUS TECHNOLOGY CENTER, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 26.1–3, counsel for Defendant-Respondents Religious Technology Center, Inc. ("RTC") certifies that the following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, and any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

1. Barber, Thomas Patrick, United States District Judge

2. Baxter, Gawain, Plaintiff-Petitioner

3. Baxter, Laura, Plaintiff-Petitioner

4. Bennett, Justin P., attorney representing Defendant David Miscavige

5. Cech Samole, Brigid F., attorney representing Defendant-Respondent Church of Scientology Flag Ship Service Organization, Inc.

6. Church of Scientology Flag Service Organization, Inc., Defendant-Respondent

7. Church of Scientology Flag Ship Service Organization, Inc., Defendant-Respondent

8. Church of Scientology International, Defendant-Respondent

9. Cohen Milstein Sellers & Toll PLLC, law firm representing Plaintiffs-Petitioners

10. Crespo, Jannelly, attorney representing Respondent Religious Technology Center

11. Dean, Zahra R., attorney representing Plaintiffs-Petitioners

12. DLA Piper, LLP (US), law firm representing Defendant-Respondent Religious Technology Center

13. Dominguez, Manuel J., attorney representing Plaintiffs-Petitioners

14. Durham, Krystal C., attorney representing Defendant David Miscavige

15. Forman, William H., attorney representing Defendant-Respondent Church of Scientology International

16. Fryszman, Agnieszka M., attorney representing Plaintiffs-Petitioners

17. Glazer, Neil L., attorney representing Plaintiffs-Petitioners

18. Greenberg Traurig, P.A., law firm representing Defendant-Respondent Church of Scientology Flag Ship Service Organization

19. Gunster, Yoakley & Stewart, P.A., law firm representing Defendant David Miscavige

20. Hansel, Gregory P., attorney representing Plaintiffs-Petitioners

21. Harris, Charles M., attorney representing Defendants-Respondents Church of Scientology Flag Service Organization and Church of Scientology Flag Ship Service Organization

22. IAS Administrations, Inc., Defendant-Respondent

23. Johnson Pope Bokor Ruppel & Burns, law firm representing Defendant-Respondent IAS Administrations, Inc.

24. Kohn, Elias, attorney representing Plaintiffs-Petitioners

25. Kohn, Joseph C., attorney representing Plaintiffs-Petitioners

26. Kohn, Swift & Graf, P.C., law firm representing Plaintiffs-Petitioners

27. Leighton, Shelby, attorney representing Plaintiffs-Petitioners

28. Leopold, Theodore, attorney representing Plaintiffs-Petitioners

29. Manohar, Aarthi, attorney representing Plaintiffs-Petitioners

30. Membiela, Gustavo, attorney representing Defendant-Respondent Church of Scientology International

31. Merenda, Brigid, attorney representing Defendants-Respondents Church of Scientology Flag Service Organization and Church of Scientology Flag Ship Service Organization

32. Miscavige, David, Defendant

33. Oprison, Christopher, attorney representing Defendant-Respondent Religious Technology Center

34. Pandher, Bethany J. M., attorney representing Defendant-Respondent Church of Scientology Flag Ship Service Organization

35. Paris, Valeska, Plaintiff-Petitioner

36. Porter, Brian, attorney representing Defendant-Respondent Church of Scientology Flag Ship Service Organization

37. Potter, Robert V., attorney representing Defendant-Respondent IAS Administrations, Inc.

38. Preti Flaherty Beliveau & Pachios, Chartered LLP, law firm representing Plaintiffs-Petitioners

39. Public Justice, law firm representing Plaintiffs-Petitioners

40. Quinby, Elizabeth F., attorney representing Plaintiffs-Petitioners

41. Religious Technology Center, Defendant-Respondent

42. Schifino, William J., attorney representing Defendant David Miscavige

43. Schneiderman, Brendan, attorney representing Plaintiffs-Petitioners

44. Solomon, Shana M., attorney representing Plaintiffs-Petitioners

45. Terry, Joseph M., attorney representing Defendant David Miscavige

No. 23-90013-B
Baxter, et al. v. Miscavige, et al.

46. Tomassi, Marie, attorney representing Defendant-Respondent Church of Scientology Flag Service Organization

47. Trenam Law, law firm representing Defendants-Respondents Church of Scientology Flag Service Organization and Church of Scientology Flag Ship Service Organization

48. Warren A. Zimmerman, P.A., law firm representing Plaintiffs-Petitioners

49. Weinstein, David, attorney representing Defendant-Respondent Church of Scientology Flag Ship Service Organization

50. Williams & Connolly LLP, law firm representing Defendant David Miscavige

51. Winston & Strawn LLP, law firm representing Defendant-Respondent Church of Scientology International

52. Zimmerman, Warren A., attorney representing Plaintiffs-Petitioners

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, Defendant-Respondent RTC makes the following statements as to corporate ownership and interest:

No. 23-90013-B
**Baxter, et al. v. Miscavige, et al.**

Defendant-Respondent RTC discloses that it has no parent company and no publicly held corporation owns 10% or more of its stock.

No publicly traded company or corporation has an interest in the outcome of the case or appeal.

Dated: June 30, 2023

**DLA Piper LLP (US)**

*/s/ Christopher G. Oprison*
Christopher G. Oprison
*Application pending*
Florida Bar No.: 122080
chris.oprison@dlapiper.com
Janelly Crespo
Florida Bar No.: 124073
janelly.crespo@dlapiper.com
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131

*Counsel for*
*Defendant-Respondent*
*Religious Technology Center, Inc.*

**No. 23-90013-B**
**Baxter, et al. v. Miscavige, et al.**

## CERTIFICATE OF SERVICE

The undersigned certifies that he filed this pleading through the Court's electronic filing system on June 30, 2023, and that all parties requesting electronic notice of pleadings have been served with the pleading.

                                                */s/ Christopher G. Oprison*
                                                Christopher G. Oprison