No. 23-90013-B

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

**Gawain Baxter, et al.,**
*Plaintiffs–Petitioners*,

v.

**David Miscavige, et al.,**
*Defendants–Respondents*.

On Petition for Review from the United States District Court
for the Middle District of Florida
Tampa Division
Case No. 8:22-cv-986-TPB-JSS

**PLAINTIFFS-PETITIONERS' MOTION TO REMEDY
DEFAULTS REGARDING DEFICIENCIES IN FILING
<u>CERTIFICATES OF INTERESTED PERSONS</u>**

Theodore J. Leopold
Fla. Bar. No. 705608
Manuel Juan Dominguez
Fla. Bar No. 54798
Diana L. Martin
Fla. Bar No. 624489
Cohen Milstein Sellers & Toll PLLC
11780 US Highway 1, Ste. 500
Palm Beach Gardens, FL 33408-3042
(561) 515-1400
tleopold@cohenmilstein.com
jdominguez@cohenmilstein.com
dmartin@cohenmilstein.com

No. 23-90013-B
Baxter, et al. v. Miscavige, et al.

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rules 26.1-1 — 26.1-3, counsel for Petitioners certifies that the following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, and any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

1. Barber, Thomas Patrick, United States District Judge

2. Baxter, Gawain, Plaintiff-Petitioner

3. Baxter, Laura, Plaintiff-Petitioner

4. Bennett, Justin P., attorney representing Defendant David Miscavige

5. Cech Samole, Brigid F., attorney representing Defendant-Respondent, Church of Scientology Flag Ship Service Organization, Inc.

6. Church Of Scientology Flag Service Organization, Inc. (FSO), Defendant-Respondent

7. Church Of Scientology Flag Ship Service Organization, Inc. (FSSO), Defendant-Respondent

8. Church Of Scientology International, Inc., Defendant-Respondent

No. 23-90013-B
**Baxter, et al. v. Miscavige, et al.**

9. Cohen Milstein Sellers & Toll PLLC, law firm representing Plaintiffs-Petitioners

10. Crespo, Janelly, attorney representing Respondent Religious Technology Center, Inc.

11. Dean, Zahra R., attorney representing Plaintiffs-Petitioners

12. DLA Piper, US, LLP, law firm Representing Respondent Religious Technology Center, Inc.

13. Dominguez, Manuel J., attorney representing Plaintiffs-Petitioners

14. Durham, Krystal, attorney representing Defendant-Respondent David Miscavige

15. Forman, William Hobbes, attorney representing Respondent Church of Scientology International, Inc.

16. Fryszman, Agnieszka M., attorney representing Plaintiffs-Petitioners

17. Glazer, Neil L., attorney representing Plaintiffs-Petitioners

18. Greenberg Traurig, P.A., law firm representing Respondent FSSO

19. Gunster, Yoakley & Stewart, P.A., law firm representing Respondent David Miscavige

20. Hansel, Gregory P., attorney representing Petitioners

21. Harris, Jr., Charles M., attorney representing Respondents FSO and FSSO

22. International Association of Scientologists Administrations (IASA), Defendant-Respondent

23. Johnson, Pope, Bokor, Ruppel & Burns, LLP, law firm representing Respondent IASA

24. Kohn, Elias, attorney representing Plaintiffs-Petitioners

25. Kohn, Joseph C., attorney representing Plaintiffs-Petitioners

26. Kohn, Swift & Graf, P.C., law firm representing Plaintiffs-Petitioners

27. Leighton, Shelby, attorney representing Plaintiffs-Petitioners

28. Leopold, Theodore, attorney representing Plaintiffs-Petitioners

29. Manohar, Aarthi, attorney representing Plaintiffs-Petitioners

30. Martin, Diana, attorney representing Plaintiffs-Petitioners

31. Membiela, Gustavo Javier, attorney representing Respondent Church of Scientology International, Inc.

32. Merenda, Brigid Anne, attorney representing Respondents FSO and FSSO

33. Miscavige, David, Defendant-Respondent

34. Oprison, Christopher George, attorney representing Respondent Religious Technology Center, Inc.

35. Pandher, Bethany J. M., attorney representing Defendant-Respondent Church of Scientology Flag Ship Service Organization

36. Paris, Valeska, Plaintiff-Petitioner

No. 23-90013-B
Baxter, et al. v. Miscavige, et al.

37. Porter, Brian C., attorney representing Respondent FSSO

38. Potter, Robert Vernon, attorney representing Respondent IASA Administrations, Inc.

39. Preti Flaherty Beliveau & Pachios, Chartered, LLP, law firm representing Plaintiffs-Petitioners

40. Public Justice, a nonprofit legal advocacy organization representing Plaintiffs-Petitioners

41. Quinby, Elizabeth F., attorney representing Plaintiffs-Petitioners

42. Religious Technology Center (RTC), Defendant-Respondent

43. Schifino, Jr., William J., attorney representing Respondent David Miscavige

44. Schneiderman, Brendan, attorney representing Plaintiffs-Petitioners

45. Solomon, Shana M., attorney representing Plaintiffs-Petitioners

46. Terry, Joseph Marshall, attorney representing Respondent David Miscavige

47. Tomassi, Marie, attorney representing Defendant-Respondent Church of Scientology Flag Service Organization

48. Trenam, Kemker, Scharf, Barkin, Frye, O'neill & Mullis, law firm representing Respondents FSO and FSSO

49. Warren A. Zimmerman, P.A., law firm representing Plaintiffs-Petitioners

No. 23-90013-B
**Baxter, et al. v. Miscavige, et al.**

50. Weinstein , David, attorney representing Respondent Church of Scientology FSSO

51. Williams & Connolly LLP, law firm representing Respondent David Miscavige

52. Winston & Strawn LLP, law firm representing Respondent Church of Scientology International, Inc.

53. Zimmerman, Warren A., attorney representing Plaintiffs-Petitioners

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 — 26.1-3, Plaintiffs-Petitioners certify that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

Dated: July 10, 2023          Respectfully submitted,

                              /s/ Diana L. Martin
                              Diana L. Martin

# PLAINTIFFS-PETITIONERS' MOTION TO REMEDY DEFAULTS REGARDING DEFICIENCIES IN FILING CERTIFICATES OF INTERESTED PERSONS

The Court notified Petitioners on July 7, 2023 that, pursuant to Eleventh Circuit Rules 26.1-5(c) and 42-1(b), Petitioners' Certificate of Interested Persons ("CIP") is deficient due to their failure to complete the Web-Based CIP on the Court's website and their failure to file a standalone CIP. The Court's notice required Petitioners to remedy the defaults and file a motion to remedy the defaults within fourteen days of the notice.

On July 10, 2023, Petitioners remedied the defaults by submitting the web-based CIP and filing a standalone CIP. Accordingly, in accordance with the Court's notice, Petitioners respectfully move to remedy the defaults.

Dated: July 10, 2023                              Respectfully submitted,

                                                                 /s/ Diana L. Martin
                                                                    Diana L. Martin

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS**

This document complies with the word limit of FRAP 27(d)(2) because, excluding the parts of the document exempted by FRAP 32(f), this document contains 130 words. This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6).

Dated: July 10, 2023                  /s/ Diana L. Martin
                                       Diana L. Martin

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system and that the foregoing document is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF.

Dated: July 10, 2023                  /s/ Diana L. Martin
                                       Diana L. Martin