## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 18, 2023

Manuel Juan Dominguez
Cohen Milstein Sellers & Toll, PLLC
11780 US HWY 1 STE 500
PALM BEACH GARDENS, FL 33408

Agnieszka M. Fryszman
Cohen Milstein Sellers & Toll, PLLC
1100 NEW YORK AVE NW STE 500 W TWR
WASHINGTON, DC 20005

Neil L. Glazer
Kohn, Swift & Graf, P.C.
1600 MARKET ST
NEW YORK, NY 19103

Gregory Paul Hansel
Preti Flaherty Beliveau & Pachios, LLP
ONE CITY CTR
PO BOX 9546
PORTLAND, ME 04112

Shelby Hannah Leighton
Public Justice, PC
1620 L ST NW STE 630
WASHINGTON, DC 20036

Theodore J. Leopold
Cohen Milstein Sellers & Toll, PLLC
11780 US HWY 1 STE 500
PALM BEACH GARDENS, FL 33408

Diana L. Martin
Cohen Milstein Sellers & Toll, PLLC
11780 US HWY 1 STE 500
PALM BEACH GARDENS, FL 33408

Brendan Rae Schneiderman
Cohen Milstein Sellers & Toll, PLLC
1100 NEW YORK AVE NW STE 500 W TWR
WASHINGTON, DC 20005

Warren Abbey Zimmerman
Warren A. Zimmerman, PA
4114 SPARROW CT
LUTZ, FL 33558-2727

Appeal Number: 23-90013-B
Case Style: Gawain Baxter, et al v. David Miscavige, et al
District Court Docket No: 8:22-cv-00986-TPB-JSS

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The following action has been taken in the referenced case: Motion to file CIP out of time is GRANTED.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action