UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 21, 2023

Krystal Commons Durham
Williams & Connolly, LLP
680 MAINE AVE SW
WASHINGTON, DC 20024

William J. Schifino Jr.
FordHarrison, LLP
401 E JACKSON ST STE 2500
TAMPA, FL 33602

Joseph Marshall Terry
Williams & Connolly, LLP
680 MAINE AVE SW
WASHINGTON, DC 20024

Appeal Number: 23-90013-B
Case Style: Gawain Baxter, et al v. David Miscavige, et al
District Court Docket No: 8:22-cv-00986-TPB-JSS

## DISMISSAL NOTICE

Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed without further notice upon the expiration of 14 days from the date of this notice** unless:

The appellant (1) files a Certificate of Interested Persons and Corporate Disclosure Statement (CIP); (2) completes the Web-Based CIP; **AND** (3) files a Motion to File Documents Out of Time and to Remedy the Default. See 11th Cir. R. 26.1-1(a)(2), (b).

Note to Counsel: 11th Cir. R. 42-1(b) provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal." Eleventh Circuit IOP 1 to FRAP 26 provides that "Failure to timely file required documents . . . may result in possible disciplinary action against counsel as described in Addendum Eight."

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

CIP Deficiency Letter