Joseph C. Kohn
Kohn Swift & Graf, PC
1101 MARKET ST STE 2400
PHILADELPHIA, PA 19107-2926

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 22, 2023

Zahra R. Dean
Kohn, Swift & Graf, P.C.
1600 Market ST STE 2500
PHILADELPHIA, PA 19130

Manuel Juan Dominguez
Cohen Milstein Sellers & Toll, PLLC
11780 US HWY 1 STE 500
PALM BEACH GARDENS, FL 33408

Agnieszka M. Fryszman
Cohen Milstein Sellers & Toll, PLLC
1100 NEW YORK AVE NW STE 500 W TWR
WASHINGTON, DC 20005

Neil L. Glazer
Kohn, Swift & Graf, P.C.
1600 MARKET ST
NEW YORK, NY 19103

Gregory Paul Hansel
Preti Flaherty Beliveau & Pachios, LLP
ONE CITY CTR
PO BOX 9546
PORTLAND, ME 04112

Elias A. Kohn
Kohn, Swift & Graf, P.C.
1600 Market ST STE 2500
PHILADELPHIA, PA 19130

Joseph C. Kohn
Kohn Swift & Graf, PC
1101 MARKET ST STE 2400
PHILADELPHIA, PA 19107-2926

Shelby Hannah Leighton
Public Justice, PC
1620 L ST NW STE 630
WASHINGTON, DC 20036

Theodore J. Leopold
Cohen Milstein Sellers & Toll, PLLC
11780 US HWY 1 STE 500
PALM BEACH GARDENS, FL 33408

Aarthi Manohar
Kohn, Swift & Graf, P.C.
1600 Market ST STE 2500
PHILADELPHIA, PA 19130

Elizabeth F. Quinby
Preti Flaherty Beliveau & Pachios, Chartered, LLP
P.O. BOX 9546
PORTLAND, ME 04112-9546

Brendan Rae Schneiderman
Cohen Milstein Sellers & Toll, PLLC
1100 NEW YORK AVE NW STE 500 W TWR
WASHINGTON, DC 20005

Shana M. Solomon
Preti Flaherty
60 STATE ST STE 1100
BOSTON, MA 02109

Warren Abbey Zimmerman
Warren A. Zimmerman, PA
4114 SPARROW CT
LUTZ, FL 33558-2727

Appeal Number: 23-90013-B
Case Style: Gawain Baxter, et al v. David Miscavige, et al
District Court Docket No: 8:22-cv-00986-TPB-JSS

Please use the appeal number for all filings in this Court.

Please take notice that the following petition has been filed:

MISCELLANEOUS CASE DOCKETED. Petition for permission to appeal pursuant to 1292(b) filed by Petitioners Gawain Baxter, Laura Baxter and Valeska Paris.

Answer to Petition
A party may file an answer in opposition or a cross-petition by ( **06/30/2023** ), after which the petition and the answer will be submitted to the Court. See FRAP 5(b).

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Attorney Admissions
Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding, See 11th Cir. R. 46-1; 46-3; 46-4. In addition, all attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an appearance form within fourteen (14) days after this letter's date. The Application for Admission to the Bar and Appearance of Counsel Form are available on the Court's website. **The clerk generally may not process filings from an attorney until that attorney files an appearance form.** See 11th Cir. R. 46-6(b).

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every motion, petition, brief, answer, response, and reply must contain a CIP. See FRAP 26.1; 11th Cir. R. 26.1-1. In addition:

- Appellants/Petitioners must file a CIP within 14 days after this letter's date.
- Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after this letter's date, regardless of whether Appellants/Petitioners have filed a CIP.
- Only parties represented by counsel must complete the web-based CIP. Counsel must complete the web-based CIP, through the Web-Based CIP link on the Court's website, on the same day the CIP is first filed.

The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), no action taken on deficient documents, or other sanctions on counsel, the party, or both. See 11th Cir. R. 26.1-5(c).

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DKT-14 Ntc of dktg Misc Petition



**UNITED STATES COURT OF APPEALS**
**ELEVENTH CIRCUIT**
OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

U.S. MARSHALS SERVICE
Atlanta, GA

AUG 0 1 2023

CLEARED SECURITY

-R-T-S-   191073024-1N   009 07/27/23

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



ZIP 30303
02 4W
0000368939 JUN. 23. 2023
$ 000.84⁰

U.S. COURT OF APPEALS
RECEIVED CLERK
AUG 0 1 2023
ATLANTA, GA