# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

Nos. 23-90013; 23-90014

_____

GAWAIN BAXTER,
LAURA BAXTER,
VALESKA PARIS,

                                               Petitioners,

*versus*

DAVID MISCAVIGE,
CHURCH OF SCIENTOLOGY INTERNATIONAL, INC.,
RELIGIOUS TECHNOLOGY CENTER, INC.,
IAS ADMINISTRATIONS, INC.,
CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC., et al.,

                                               Respondents.

2                           Order of the Court                           23-90013

_____

Petitions for Permission to Appeal from the
United States District Court for the
Middle District of Florida
D.C. Docket No. 8:22-cv-00986-TPB-JSS

_____

Before BRANCH and LUCK, Circuit Judges.

BY THE COURT:

"Motion to Remedy the Default Regarding Certificate of Interested Persons Deficiency and Voluntarily Dismiss Duplicative Docket on Behalf of Plaintiffs-Petitioners Gawain Baxter, Laura Baxter, and Valeska Paris" is GRANTED in that no. 23-90014 is DISMISSED.

The review of the petition for permission to appeal in no. 23-90013 shall continue.