# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-90013

_____

GAWAIN BAXTER,
LAURA BAXTER,
VALESKA PARIS,

                                                  Petitioners,

*versus*

DAVID MISCAVIGE,
CHURCH OF SCIENTOLOGY INTERNATIONAL, INC.,
RELIGIOUS TECHNOLOGY CENTER, INC.,
IAS ADMINISTRATIONS, INC.,
CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC., et al.,

                                                  Respondents.

_____

2                              Order of the Court                              23-90013

Petition for Permission to Appeal from the
United States District Court for the
Middle District of Florida
D.C. Docket No. 8:22-cv-00986-TPB-JSS

_____

Before ROSENBAUM, BRANCH, and LUCK, Circuit Judges.

BY THE COURT:

    Petitioners' petition for permission to appeal under 28 U.S.C. § 1292(b) is DENIED.

    Judge Rosenbaum dissents from this Order and would have granted the petition.